SCHLACTER & ASSOCIATES
Attorneys for Plaintiff
450 Seventh Avenue
New York, New York 10123
(212) 695-2000
By: JED R. SCHLACTER (JRS-4874)



SEP 2 5 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAMERON INDUSTRIES, INC.,                    :    07 Civ. CIV 8334

                        Plaintiff,           :

            -against-                        :    COMPLAINT

B. BOSTON & ASSOCIATES, INC.,                :

                        Defendants.          :

------------------------------------------------------------X

    Plaintiff, by its attorneys, SCHLACTER & ASSOCIATES, for its complaint against

defendant, alleges:


## JURISDICTION

    1.    This action, as more fully stated below, is for, inter alia, copyright infringement,

unfair trade practices and unfair competition; arises under Title 17 of the United States Code;

jurisdiction is vested in this Court under 28 U.S.C. Sections 1338(a) and 1338(b); and proper venue

exists under 28 U.S.C. Sections 1400(a) and 1391.

## THE PARTIES

2.      Plaintiff, CAMERON INDUSTRIES, INC. (hereinafter referred to as "Cameron") is

a domestic corporation duly organized and existing under the laws of the State of New York, with

an office located at 1375 Broadway, New York, NY 10018.  Plaintiff is a textile converter, selling

finished textile piece goods to, among others, garment manufacturers.

3.      Upon information and belief, defendant B. BOSTON & ASSOCIATES, INC.

(hereinafter referred to as "Boston") is a foreign corporation with offices at 2945 East 12th Street, Los

Angeles, CA 90023, and 1407 Broadway, New York, NY 10018.   Said defendant is a

manufacturer/importer of ladies' wearing apparel, and sells said apparel to retail stores.

## FIRST CAUSE OF ACTION

## PLAINTIFF'S COPYRIGHTED WORK

4.    In 2004 an original work of art was created by Form Studio s.r.l. ("Form"), and identified as "BR 400432".

5.    On or about December 14, 2004, Form transferred and assigned, for valuable consideration, any and all of Form's worldwide rights, title and interest in the design called BR 400432, to the plaintiff herein, including but not limited to the copyright thereto and any and all causes of action for prior, present and/or future infringements of such copyright. Thereafter, plaintiff created a fabric design repeat utilizing the design BR 400432, and identified this new design as "Pattern No. 22797".

6.    Since on or about May 7, 2005, plaintiff's Pattern No. 22797 was produced on fabrics, which fabrics are also identified as Pattern No. 22797.

7.    The design of Pattern No. 22797 is wholly original and is copyrightable subject matter under the laws of the United States.

8.     In or about May 7, 2005, plaintiff began selling fabrics bearing the design known as Pattern No. 22797.

9.     All of the provisions of Title 17 of the United States Code, and all of the laws governing Copyright, have been duly complied with; and a Certificate of Registration has been duly received from the Register of Copyrights, covering the design known as Pattern No. 22797, identified as follows:  Registration No. VA 1-339-483.

10.    Plaintiff is the sole proprietor of all rights, title and interest in and to the Copyright of said design.

11.    A photocopy of plaintiff's Certificate of Registration for said copyrighted design is annexed hereto as Exhibit "A".

12.    Subsequent to the publication by plaintiff of its Pattern No. 22797 involved herein, defendant, with full knowledge of the rights of plaintiff therein, infringed plaintiff's Copyright on such design by reproducing, displaying, manufacturing, printing, reprinting, yarn-dyeing, publishing, vending, distributing, selling, promoting and/or advertising garments bearing a design thereon which contained substantial material copied from said copyrighted fabric design or by causing and/or

complaint–Cameron - B. Boston                    4

participating in such reproduction by reproducing, displaying, manufacturing, printing, reprinting,

yarn-dyeing, publishing, vending, distributing, selling, promoting and/or advertising, all in violation

of the rights of plaintiff under Section 106 of the Copyright Law, Title 17 U.S.C.

13.    A photocopy of plaintiff's copyrighted design known as Pattern No. 22797 is annexed

hereto as Exhibit "B". A photocopy of defendant's said infringement is annexed hereto as Exhibit

"C".

14.    All of defendant's acts, as set forth herein, were performed without the permission,

license or consent of plaintiff.

15.    Plaintiff has gone to great expense in producing and promoting the sale of fabrics

bearing its copyrighted design Pattern No. 22797.

16.    Plaintiff's copyrighted design incorporated carefully prepared and fashionable color

combinations, which color combinations aided greatly in the sale of garments bearing the

copyrighted design.

17.    As a result of plaintiff's expenditure of money and skill in the promotion for sale of fabrics bearing plaintiff's copyrighted design, the fabric design and garments have acquired a substantial market value in the trade.

18.    Defendant has a design obviously copied from plaintiff's copyrighted design, which copy defendant has been offering and continues to offer for sale. The design printed on defendant's garments is substantially similar to plaintiff's copyrighted design.

19.    Defendant's infringing design (Exhibits "C") is unmistakably copied from plaintiff's design (Exhibit "B").

20.    Defendant's garments, when viewed by a consumer, would appear to be substantially similar to a garment of like style bearing plaintiff's copyrighted design.

21.    Upon information and belief, defendant has produced its garments incorporating the copied design in a color combination virtually identical to a color combination of plaintiff's design.

22.    Defendant, by its acts as aforesaid, has taken advantage of the knowledge and skill of plaintiff and of the good will developed by plaintiff and has capitalized upon the market created for plaintiff's design.

23.    By defendant's use of a design and color combination virtually identical with plaintiff's design and color combination, defendant has been and will continue to be able to pass off and sell its garments as a substitute for the garments sold by customers of plaintiff.

24.    The aforesaid acts of defendant in copying plaintiff's design and color combination and selling copies of same constitutes inequitable conduct, unfair trade practices and unfair competition in that defendant has thereby misappropriated plaintiff's good will and the benefits of plaintiff's knowledge, skill and expenditures in the promotion of the distinctive design and color combination, and by reason of the sale of defendant's garments in competition with the plaintiff's sales of fabrics incorporating the copyrighted design has caused irreparable injury to plaintiff in that plaintiff's market has been greatly reduced thereby, which injury will continue so long as defendant continues to market the copied design.

25.    Plaintiff has been damaged by the acts of defendant alleged herein in an amount not as yet known, but believed to be in excess of One Million ($1,000,000.00) Dollars. The infringing

complaint-Cameron - B. Boston

7

activities of defendant is further and continuously damaging plaintiff in a manner for which plaintiff has no adequate remedy at law.

## SECOND CAUSE OF ACTION

26.    Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 3 above as if fully repeated herein.

## PLAINTIFF'S COPYRIGHTED WORK

27.    In 2006 an original work of art was created by Jack Jones Design ("Jones"), and identified as "ISBH 319".

28.    On or about February 21, 2006, Jones transferred and assigned, for valuable consideration, any and all of Jones' worldwide rights, title and interest in the design called ISBH 319, to the plaintiff herein, including but not limited to the copyright thereto and any and all causes of action for prior, present and/or future infringements of such copyright. Thereafter, plaintiff created a fabric design repeat utilizing the design ISBH 319, and identified this new design as "Pattern No. 23463".

complaint-Cameron - B. Boston

29.    Since on or about May 26, 2006, plaintiff's Pattern No. 23463 was produced on fabrics, which fabrics are also identified as Pattern No. 23463.

30.    The design of Pattern No. 23463 is wholly original and is copyrightable subject matter under the laws of the United States.

31.    In or about May 26, 2006, plaintiff began selling fabrics bearing the design known as Pattern No. 23463.

32.    All of the provisions of Title 17 of the United States Code, and all of the laws governing Copyright, have been duly complied with; and a Certificate of Registration has been duly received from the Register of Copyrights, covering the design known as Pattern No. 23463, identified as follows:  Registration No. VA 1-404-533.

33.    Plaintiff is the sole proprietor of all rights, title and interest in and to the Copyright of said design.

34.    A photocopy of plaintiff's Certificate of Registration for said copyrighted design is annexed hereto as Exhibit "D".

35.    Subsequent to the publication by plaintiff of its Pattern No. 23463 involved herein, defendant, with full knowledge of the rights of plaintiff therein, infringed plaintiff's Copyright on such design by reproducing, displaying, manufacturing, printing, reprinting, yarn-dyeing, publishing, vending, distributing, selling, promoting and/or advertising garments bearing a design thereon which contained substantial material copied from said copyrighted fabric design or by causing and/or participating in such reproduction by reproducing, displaying, manufacturing, printing, reprinting, yarn-dyeing, publishing, vending, distributing, selling, promoting and/or advertising, all in violation of the rights of plaintiff under Section 106 of the Copyright Law, Title 17 U.S.C.

36.    A photocopy of plaintiff's copyrighted design known as Pattern No. 23463 is annexed hereto as Exhibit "E". A photocopy of defendant's said infringement is annexed hereto as Exhibit "F".

37.    All of defendant's acts, as set forth herein, were performed without the permission, license or consent of plaintiff.

38.    Plaintiff has gone to great expense in producing and promoting the sale of fabrics bearing its copyrighted design Pattern No. 23463.

39.    Plaintiff's copyrighted design incorporated carefully prepared and fashionable color combinations, which color combinations aided greatly in the sale of garments bearing the copyrighted design.

40.    As a result of plaintiff's expenditure of money and skill in the promotion for sale of fabrics bearing plaintiff's copyrighted design, the fabric design and garments have acquired a substantial market value in the trade.

41.    Defendant has a design obviously copied from plaintiff's copyrighted design, which copy defendant has been offering and continues to offer for sale. The design printed on defendant's garments is substantially similar to plaintiff's copyrighted design.

42.    Defendant's infringing design (Exhibits "F") is unmistakably copied from plaintiff's design (Exhibit "E").

43.    Defendant's garments, when viewed by a consumer, would appear to be substantially similar to a garment of like style bearing plaintiff's copyrighted design.

44.     Upon information and belief, defendant has produced its garments incorporating the copied design in a color combination virtually identical to a color combination of plaintiff's design.

45.     Defendant, by its acts as aforesaid, has taken advantage of the knowledge and skill of plaintiff and of the good will developed by plaintiff and has capitalized upon the market created for plaintiff's design.

46.     By defendant's use of a design and color combination virtually identical with plaintiff's design and color combination, defendant has been and will continue to be able to pass off and sell its garments as a substitute for the garments sold by customers of plaintiff.

47.     The aforesaid acts of defendant in copying plaintiff's design and color combination and selling copies of same constitutes inequitable conduct, unfair trade practices and unfair competition in that defendant has thereby misappropriated plaintiff's good will and the benefits of plaintiff's knowledge, skill and expenditures in the promotion of the distinctive design and color combination, and by reason of the sale of defendant's garments in competition with the plaintiff's sales of fabrics incorporating the copyrighted design has caused irreparable injury to plaintiff in that plaintiff's market has been greatly reduced thereby, which injury will continue so long as defendant continues to market the copied design.

48.    Plaintiff has been damaged by the acts of defendant alleged herein in an amount not as yet known, but believed to be in excess of One Million ($1,000,000.00) Dollars.  The infringing activities of defendant are further and continuously damaging plaintiff in a manner for which plaintiff has no adequate remedy at law.

**WHEREFORE**, plaintiff demands:

(1)    That defendant, its agents, employees and servants be enjoined pendente lite and permanently from infringing the said Copyright Nos. VA 1-339-483 and VA 1-404-533 of plaintiff covering its Pattern Nos. 22797 and 23463, in any manner and from publishing, selling, marketing or otherwise disposing of any textiles and garments imprinted with designs copied from plaintiff's said copyrighted designs.

(2)    That defendant be required to pay to plaintiff damages in the amount of Two Million ($2,000,000.00) Dollars, plus interest, which plaintiff has sustained in consequence of defendant's infringements of said Copyrights and said unfair trade practices and unfair competition and to account for:

      (a)     all gains, profits and advantages derived by defendant in its infringements of plaintiff's Copyrights or such damages as to the Court shall appear proper within the provisions of the copyright statutes, and

      (b)     all gains, profits and advantages derived by defendant by said unfair practices and unfair competition.

(3)     That defendant be required to deliver up to be impounded during the pendency of this action, all copies of said reproduction of said works of art in its possession or under its control, and to deliver up for destruction all infringing copies and rollers, screens, plates, molds, and other matter for making such infringing copies.

(4)     That defendant pay to plaintiff the costs of this action and reasonable attorneys' fees to be allowed to the plaintiff by the Court.

(5)    That plaintiff have such other and further relief as is just.

Dated: New York, New York
      September 20, 2007

                              SCHLACTER & ASSOCIATES
                              Attorneys for Plaintiff

                    By:

                        JED R. SCHLACTER (JRS-4874)
                        450 Seventh Avenue
                        New York, NY 10123
                        (212) 695-2000

complaint-Cameron - B. Boston

15

# EXHIBIT A

Certificate of Registration



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



VA 1-339-483

EFFECTIVE DATE OF REGISTRATION

FEB 1 6 2006

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

Pattern No 22797

NATURE OF THIS WORK ▼ See instructions

Design for Fabric

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼       Number ▼         Issue Date ▼          On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Form Studio s r l

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Italy
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee see instructions For any part of this work that was made for hire check Yes in the space provided give the employer or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☒ 2 Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2 Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2004 ◀ Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ /    Year ▶ 2005
USA    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Cameron Industries, Inc
1375 Broadway, New York, NY 10018

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
FEB 16 2006
ONE DEPOSIT RECEIVED
FEB 16 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼                                    Account Number ▼

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Jed R Schlacter, Esq
Schlacter & Associates
450 Seventh Avenue
New York, NY 10123
Area code and daytime telephone number ► 212 695-2000          Fax number ► 212 629-5825

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Cameron Industries, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jed R Schlacter                           Date ► 2/8/06

Handwritten signature (X) ▼

**9** Mail certificate to

Certificate will be mailed in window envelope

Name ▼
Schlacter & Associates
Number/Street/Apt ▼
450 Seventh Avenue
City/State/ZIP ▼
New York, NY 10123

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D

Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGI          **VA 1-404-533**

EFFECTIVE DATE OF REGISTRATION

6    15    2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

PATTERN NO 23463

**NATURE OF THIS WORK ▼ See instructions**

DESIGN FR FABRIC

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**

a    Jack Jones Design

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ENGLAND
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a    2006    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b    Month ▶ MAY    Day ▶ 26    Year ▶ 2006
USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CAMERON INDUSTRIES INC
1375 BROADWAY, NY NY 10018

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT

**APPLICATION RECEIVED**
JUN 15 2007
**ONE DEPOSIT RECEIVED**
JUN 15 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    **DO NOT WRITE HERE**

EXAMINED BY ☒   **FORM VA**

CHECKED BY

☐ CORRESPONDENCE
Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jed R. Schlacter
Schlacter & Associates
450 Seventh Ave
NY NY 10123

Area code and daytime telephone number ▶ 212 695-2000   Fax number ▶ 212 - 629-5825

**7**
a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of CAMERON INDUSTRIES INC

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SOHEIL KHAYYAM          Date▶ JUNE 5 2007

Handwritten signature (X) ▼

**8**

**Mail certificate to**
Name ▼ SCHLACTER & ASSOCIATES
Number/Street/Apt ▼ 450 SEVENTH AVE, SUITE 1308
City/State/ZIP ▼ NEW YORK, NY 10123

**9**

# EXHIBIT E



# EXHIBIT F

