SCHLACTER & ASSOCIATES
Attorneys for Plaintiff
450 Seventh Avenue
New York, New York 10123
(212) 695-2000
By: JED R. SCHLACTER (JRS-4874)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CAMERON INDUSTRIES, INC.,                :       07 Civ. 8334 (Hellerstein)

              Plaintiff,              :       ECF CASE

   -against-                                  :       AFFIDAVIT OF
                                                                          SERVICE

B. BOSTON & ASSOCIATES, INC.,            :

              Defendant.              :
-----------------------------------------------------------------------X

STATE OF NEW YORK        )
COUNTY OF NEW YORK       ) ss.:

    JED R. SCHLACTER, being duly sworn, deposes and says:

    1.    I am not a party to this action, nor am I related to anyone who is a party to this action.

    2.    On October 2, 2007 at 10:40 a.m. I personally served by hand one copy of the Summons, Complaint, Rule 7.1 Statement, Rules of Judge Alvin K. Hellerstein and Magistrate Judge Frank Maas, and the Electronic Filing Instructions, upon the defendant B. Boston & Associates, Inc., by delivering said copies directly to Marilyn Ellis, the Vice President for Sales, at their offices at 1407 Broadway, New York, NY Suite 1203.

                                                                       JED R. SCHLACTER

Sworn to before me this
2nd day of October 2007.

_____
Notary Public

Matthew E. Endlich
Notary Public, State of New York
No.02EN6071544
Qualified in Kings County
Commission Expires March 18, 20 10