929080

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAMERON INDUSTRIES, INC.,

                        Plaintiffs,

      -against-

B. BOSTON & ASSOCIATES, INC.,

                        Defendants.

-----------------------------------------------------------x

RULE 7.1 STATEMENT

1:07-cv-08334-AKH

Filed by ECF on
October 10, 2007

      Pursuant to Fed. R. Civ. P. 7.1, defendant B. Boston & Associates, Inc. identifies the following publicly-held corporations that own ten percent or more of B. Boston & Associates, Inc.

      NONE.

Dated:      New York, New York
                 October 10, 2007

                                  LESTER SCHWAB KATZ & DWYER, LLP

                                  s/_____
                                  Thomas A. Catalano (tc-1625)
                                  Attorneys for Defendant
                                  120 Broadway
                                  New York, New York  10271
                                  (212)  964-6611