907830

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAMERON INDUSTRIES, INC.,

                         Plaintiffs,

    -against-

B. BOSTON & ASSOCIATES, INC.,

                        Defendants.
------------------------------------------------------------x

NOTICE OF APPEARANCE

1:07-cv-08334-AKH

Filed by ECF on October 10, 2007

    PLEASE TAKE NOTICE that Thomas A. Catalano, of Lester Schwab Katz & Dwyer, LLP, has appeared for defendant B. Boston & Associates, Inc.

Dated:    New York, New York
            October 10, 2007

                        LESTER SCHWAB KATZ & DWYER, LLP

                        s/_____
                        Thomas A. Catalano (tc-1625)
                        Attorneys for Defendant
                        120 Broadway
                        New York, New York 10271
                        (212) 964-6611