936109

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAMERON INDUSTRIES, INC.,

                               Plaintiffs,

-against-

B. BOSTON & ASSOCIATES, INC.,

                               Defendants.
------------------------------------------------------------x

1:07-cv-08334-AKH

ORDER ADMITTING
MARSHALL A. LERNER
AND PHILIP ANGELO LIM
NULUD PRO HAC VICE

    Upon the application of Lester Schwab Katz & Dwyer, attorneys for the defendant for an order pursuant to Local Rule 1.3(c) to admit Marshall A. Lerner, Esq. and Philip Angelo Lim Nulud, Esq., pro hac vice solely for the purposes of this action; the certificate of good standing from the State Bar of California for Marshall A. Lerner, Esq., dated October 16, 2007; and the certificate of good standing from the State Bar of California for Philip Angelo Lim Nulud, Esq., dated October 16, 2007; and good cause appearing, it is:

    ORDERED that Marshall A. Lerner, Esq. and Philip Angelo Lim Nulud, Esq. are admitted to the bar of this court pro hac vice solely for the purposes of this action.

New York, New York
Dated: 11/14/07

                                                           U.S.D.J.

**LESTER SCHWAB KATZ & DWYER, LLP**
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

THOMAS A. CATALANO
Writer's Direct Dial: (212) 341-4298
E-Mail: tcatalano@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

November 9, 2007

By hand

[Stamp: NOV 13 2007 ALVIN ... ...IN]

Hon Alvin K. Hellerstein
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>Cameron Industries v B. Boston</u>, 1:07-cv-08334-AKH

Dear Judge Hellerstein:

    We represent defendant. On November 8, 2007 we filed a motion to admit pro hac vice on behalf of two California attorneys that contained two typographical errors. The full name of one of the attorneys should be <u>Philip</u> Angelo Lim Nulud, Esq., as set forth in his Certificate of Good Standing. The other attorney, Marshall A. Lerner, Esq., was omitted from the proposed order.

    We enclosed revised proposed order correcting these errors.

    We apologize for the inconvenience caused.

Respectfully,

THOMAS A. CATALANO

Encl.

cc: (by email Jed10123@aol.com mail)
Jed Schlacter, Esq.
SCHLACTER & ASSOCIATES
Attorneys for Plaintiff
450 Seventh Avenue
New York, New York 10123
(212) 695-2000
942902