Thomas A. Catalano (tc-1625)
Lester, Schwab, Katz & Dwyer
120 Broadway – 38th Floor
New York, New York 10271-0071
(212) 964-6611
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CAMERON INDUSTRIES, INC.,                          1:07-cv-08334-AKH

                                    Plaintiffs,    NOTICE OF MOTION
                                                   FOR ADMISSION PRO
            -against-                              HAC VICE

B. BOSTON & ASSOCIATES, INC.,

                                    Defendants.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed declaration of Thomas A. Catalano,

dated November 7, 2007, the certificates of good standing from the State Bar of

California for Marshall A. Lerner, Esq. and Angelo Lim Nulud, Esq., each dated October

16, 2007, the defendant will move this court, before the Hon. Alvin K. Hellerstein, on

December 3, 2007, for an order admitting Marshall A. Lerner, Esq. and Angelo Lim

Nulud, Esq.. to the bar of this Court pro hac vice, for the purposes of this action only.

Dated:      New York, New York
            November 7, 2007

LESTER SCHWAB KATZ & DWYER, LLP

Thomas A. Catalano (tc-1625)
Attorneys for Defendant
120 Broadway
New York, New York  10271
(212)  964-6611

TO:
Jed Schlacter (JRS-4874)
SCHLACTER & ASSOCIATES
Attorneys for Plaintiff
450 Seventh Avenue
New York, New York 10123
(212) 695-2000

Thomas A. Catalano (tc-1625)
Lester, Schwab, Katz & Dwyer
120 Broadway – 38th Floor
New York, New York 10271-0071
(212) 964-6611
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CAMERON INDUSTRIES, INC.,                    1:07-cv-08334-AKH

                                 Plaintiffs,   DECLARATION OF
                                               THOMAS A. CATALANO
            -against-                          MOVING ADMISSION OF
                                               MARSHALL A. LERNER
B. BOSTON & ASSOCIATES, INC.,                  AND ANGELO LIM
                                               NULUD PRO HAC VICE

                                 Defendants.

-----------------------------------------------------------------x

Thomas A. Catalano, declares:

1.      I am a member of Lester Schwab Katz & Dwyer, LLP, attorneys for defendant B. Boston & Associates, Inc. I make this declaration in support of Marshall A. Lerner and Angelo Lim Nulud's application to be admitted pro hac vice solely for the purposes of this action.

2.      Mr. Lerner is member of the law firm of Kleinberg & Lerner, LLP and a member in good standing of the bar of the State of California.

3.      A certificate of good standing from the State Bar of California for Marshall A. Lerner, dated October 16, 2007, is annexed hereto as Exhibit A.

4.      Mr. Nulud is an associate with the law firm of Kleinberg & Lerner, LLP and a member in good standing of the bar of the State of California.

5.    A certificate of good standing from the State Bar of California for Angelo Lim Nulud, dated October 16, 2007, is annexed hereto as Exhibit B.

6.    This is a copyright infringement action.    Kleinberg & Lerner, LLP concentrates in intellectual property matters, including copyright. The defendant has its principal place of business in Los Angeles, California and seeks to be represented by Kleinberg & Lerner, LLP, which has provided legal services to it for several years.

7.    Based upon the foregoing, we request that Mr. Lerner and Mr. Nulud and be admitted to the bar of this court pro hac vice solely for the purposes of this action.

8.    A proposed order is submitted herewith. Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2007, New York, New York.

Thomas A. Catalano (tc-1625)



**THE
STATE BAR
OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 16, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARSHALL
A. LERNER, #55224 was admitted to the practice of law in this state by the
Supreme Court of California on April 26, 1973; and has been since that date,
and is at date hereof, an ACTIVE member of the State Bar of California; and
that no recommendation for discipline for professional or other misconduct
has ever been made by the Board of Governors or a Disciplinary Board to
the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



**THE
STATE BAR
OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 16, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILIP ANGELO LIM NULUD, #245147 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

936109
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CAMERON INDUSTRIES, INC.,                    1:07-cv-08334-AKH

                               Plaintiffs,        ORDER ADMITTING
                                                    MARSHALL A. LERNER
      -against-                              AND ANGELO LIM
                                                    NULUD PRO HAC VICE

B. BOSTON & ASSOCIATES, INC.,

                                Defendants.
-----------------------------------------------------------------x

        Upon the application of Lester Schwab Katz & Dwyer, attorneys for the defendant

for an order pursuant to Local Rule 1.3(c) to admit Marvin H. Kleinberg, Esq. and

Angelo Lim Nulud, Esq., pro hac vice solely for the purposes of this action; the

certificate of good standing from the State Bar of California for Marvin H. Kleinberg,

dated October 16, 2007; and the certificate of good standing from the State Bar of

California for Angelo Lim Nulud, Esq., dated October 16, 2007; and good cause

appearing, it is:

        ORDERED that Marvin H. Kleinberg and Angelo Lim Nulud, Esq. are admitted to

the bar of this court pro hac vice solely for the purposes of this action.

New York, New York
Dated:

                                                      _____
                                                      U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CAMERON INDUSTRIES, INC.,                                    1:07-cv-08334-AKH

                                        Plaintiffs,          **AFFIDAVIT OF SERVICE**

            -against-

B. BOSTON & ASSOCIATES, INC.,

                                        Defendants.

-----------------------------------------------------------------x

STATE OF NEW YORK          )
                           ) ss
COUNTY OF NEW YORK         )

    *LISA M. HAILEY*, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in Kings County.  That on November 7, 2007, she served the within **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE and DECLARATION OF THOMAS A. CATALANO MOVING ADMISSION OF MARSHALL A. LERNER AND ANGELO LIM NULUD PRO HAC VICE (with accompanying Exhibits "A" – "C")** upon:

> Jed Schlacter (JRS-4874)
> SCHLACTER & ASSOCIATES
> Attorneys for Plaintiff
> 450 Seventh Avenue
> New York, New York 10123
> (212) 695-2000

by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

**LISA M. HAILEY**

Sworn to before me this
7th day of November, 2007

CATHERINE CARBONARO
COMMISSIONER OF DEEDS
CITY OF NEW YORK · NO. 5 515
COMMISSION EXPIRES MAY 1, 200