936109

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CAMERON INDUSTRIES, INC.,

                           Plaintiffs,

-against-

B. BOSTON & ASSOCIATES, INC.,

                           Defendants.

------------------------------------------------------------x

1:07-cv-08334-AKH

ORDER ADMITTING
MARSHALL A. LERNER
AND ANGELO LIM
NULUD PRO HAC VICE

11/19/07

Upon the application of Lester Schwab Katz & Dwyer, attorneys for the defendant for an order pursuant to Local Rule 1.3(c) to admit Marvin H. Kleinberg, Esq. and Angelo Lim Nulud, Esq., pro hac vice solely for the purposes of this action; the certificate of good standing from the State Bar of California for Marvin H. Kleinberg, dated October 16, 2007; and the certificate of good standing from the State Bar of California for Angelo Lim Nulud, Esq., dated October 16, 2007; and good cause appearing, it is:

ORDERED that Marvin H. Kleinberg and Angelo Lim Nulud, Esq. are admitted to the bar of this court pro hac vice solely for the purposes of this action.

New York, New York
Dated: 11/19/07

_____
U.S.D.J.