# Schlacter & Associates

*Attorneys at Law*

**450 Seventh Avenue**

**New York, NY 10123**

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE

TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: (201) 342-0999
FAX: (201) 487-1301



RECEIVED JUN 0 9 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

June 5, 2008

So ordered
6.16.08
[signature]

By Fax 212 805-6111

The Honorable Alvin K. Hellerstein
United States District Court
500 Pearl Street, Room 1050
New York, NY 10007

Re: Cameron Industries, Inc. v. B. Boston & Associates, Inc.
07 Civ. 8334 (Hellerstein)

Dear Judge Hellerstein:

The parties in this matter are diligently trying to finalize a settlement, but we need somewhat more time to do so, including having the appropriate papers signed and filed with the Court.

It is therefore requested, on consent of both parties, that the 30 day Order previously entered be extended for an additional 30 days.

Thank you for your consideration and courtesies.

Respectfully,

[signature]
JED R. SCHLACTER

cc: Thomas A. Catalano, Esq.
Marshall A. Lerner, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08