# Schlacter & Associates

*Attorneys at Law*
450 Seventh Avenue
New York, NY 10123

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE
TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: (201) 342-0999
FAX: (201) 487-1301

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

July 8, 2008

By Fax 212 805-7942

So ordered
7-9-08
[signature]

The Honorable Alvin K. Hellerstein
United States District Court
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    Cameron Industries, Inc. v. B. Boston & Associates, Inc.
           07 Civ. 8334 (Hellerstein)

Dear Judge Hellerstein:

    The parties in this matter have reached a settlement, and the settlement papers are being circulated. The parties hope to have everything signed in the next two weeks, and it is therefore requested, on consent of both parties, that the 30 day Order previously entered be extended for one additional period of 30 days in order to consummate the signing and filing of the settlement papers.

    Thank you for your consideration and courtesies.

Respectfully,

[signature]

JED R. SCHLACTER

cc:    Thomas A. Catalano, Esq.
       Marshall A. Lerner, Esq.