UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CAMERON INDUSTRIES, INC., : 07 Civ. 8334 (Hellerstein)

              Plaintiff, :

    -against- :

B. BOSTON ASSOCIATES, INC., :

             Defendant.
------------------------------------------------------------------X

## STIPULATION AND ORDER
## OF DISCONTINUANCE

    Plaintiff, having filed its Complaint charging defendant with copyright infringement, and defendant having denied the allegations of the Complaint, and the parties being desirous of settling the controversy among them, it is

    ORDERED, ADJUDGED and DECREED among the parties hereto as follows:

    1.    This Court has jurisdiction over the subject matter of this action under the provisions of the Copyright Laws, Title 17 of the United States Code, and this Court has personal jurisdiction over the parties to this action.

    2.    Plaintiff is the owner of valid and subsisting copyrights in the fabric designs identified as Pattern Nos. 22797 and 23463 registered in the United States Copyright Office under Certificates of Copyright Registration Nos. VA 1-339-483 and VA 1-404-533.

    3.    The parties hereto having entered into a separate Settlement Agreement, this action is discontinued, with prejudice subject to Paragraph 4 below, without an award of costs, profits, damages or attorneys' fees.

4. *of the settlement agreement to prompt to file, with all settlement papers,* [AKH] This Court shall retain jurisdiction over this matter for the purposes of enforcement of the Settlement Agreement entered into by the parties hereto.

_____
U.S.D.J.

Dated: New York, New York
~~July~~ Aug. 7, 2008

Order-Cameron-B. Boston

## CONSENTS

The undersigned hereby consent to the entry of the foregoing Final Judgment.

CAMERON INDUSTRIES, INC.

Dated: July 22, 2008          By: _____
                                  Soheil Khayyam, Pres.

SCHLACTER & ASSOCIATES
Attorneys for Plaintiff

Dated: July 22, 2008          By: _____
                                  Jed R. Schlacter (JRS 4874)

B. BOSTON ASSOCIATES, INC.

Dated: July 23rd 2008         By: _____
                                  Ben Boston, President

KLEINBERG & LERNER, LLP
Attorneys for Defendant

Dated: July 23, 2008          By: _____
                                  Marshall A. Lerner, Esq.

Order-Cameron-B. Boston